DAYLE ELIESON
United States Attorney
District of Nevada
ROGER W. WENTHE
Assistant United States Attorney
Nevada Bar No. 8920
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Phone: (702) 388-6538
Facsimile: (702) 388-6787
Email: Roger.Wenthe@usdoj.gov

Attorneys for the United States

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br>vs.<br><br>QUICKSILVER STOCK TRANSFER, LLC and Alan Shinderman,<br><br>Defendants. | Case No. 2:18-cv-00131<br><br>**MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY** |

Pursuant to LR IA 11-3, the United States Department of Justice respectfully requests that this honorable Court admit the undersigned Government attorney, Melissia Buckhalter-Honore, to practice in the District of Nevada for the above-captioned case and in all matters in this district during the period of her employment by the United States. Local Rule IA 11-3 provides:

///

///

///

Unless the court orders otherwise, any attorney who is a member in good standing of the highest court of any state, commonwealth, territory, or the District of Columbia, who is employed by the United States as an attorney and has occasion to appear in this court on behalf of the United States, is entitled to be permitted to practice before this court during the period of employment upon motion by the employing federal entity, the United States Attorney, the United States Trustee's Office, or the Federal Public Defender for this district or one of the assistants.

Ms. Buckhalter-Honore is an attorney with the Securities and Exchange Commission, an agency of the federal government. Ms. Buckhalter-Honore is a member in good standing of the State Bar of Louisiana (Bar No. 23249).

The following contact information is provided to the Court:

Melissia Buckhalter-Honore
Senior Counsel
Securities and Exchange Commission
444 South Flower Street, 9th Floor
Los Angeles, California 90071
Phone: (323) 965-3998
Facsimile: (213) 443-1904
Email: buckhalter-honorem@sec.gov

Accordingly, the United States respectfully requests that this honorable Court admit undersigned Government attorney Melissia Buckhalter-Honore to practice in the District of Nevada for the duration of her employment by the United States.

DATED: January 25, 2018

Respectfully submitted,

DAYLE ELIESON
United States Attorney

 /s/ Roger Wenthe
ROGER W. WENTHE
Assistant United States Attorney

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
DATED: January 30, 2018

-2-