DONALD W. SEARLES (Cal. Bar No. 135705)
Email: searlesd@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Michele Wein Layne, Regional Director
Alka N. Patel, Associate Regional Director
Amy Jane Longo, Regional Trial Counsel
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>    vs.<br><br>QUICKSILVER STOCK TRANSFER, LLC and ALAN SHINDERMAN,<br><br>        Defendants. | Case No. 2:18-cv-00131-JCM-PAL<br><br>**MOTION TO WITHDRAW AS COUNSEL OF RECORD** |

Plaintiff Securities and Exchange Commission ("SEC") hereby moves that David J. Van Havermaat be removed from the docket as counsel of record for the SEC. Donald W. Searles will serve as counsel of record for the SEC.

Dated: December 14, 2018                    Respectfully submitted,


                                            */s/ Donald Searles*
                                            Donald W. Searles
                                            Attorney for Plaintiff
                                            Securities and Exchange Commission


**IT IS SO ORDERED.**

DATED: December 26, 2018                    _____
                                            HON. PEGGY A. LEEN
                                            UNITED STATES MAGISTRATE JUDGE

1

# PROOF OF SERVICE

I am over the age of 18 years and not a party to this action. My business address is:

U.S. SECURITIES AND EXCHANGE COMMISSION,
444 S. Flower Street, Suite 900, Los Angeles, California 90071
Telephone No. (323) 965-3998; Facsimile No. (213) 443-1904.

On December 14, 2018, I caused to be served the document entitled **MOTION TO WITHDRAW AS COUNSEL OF RECORD** on all the parties to this action addressed as stated on the attached service list:

☐ **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐ **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐ **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐ **HAND DELIVERY:** I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐ **UNITED PARCEL SERVICE:** By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☐ **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☒ **E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐ **FAX:** By transmitting the document by facsimile transmission. The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date: December 14, 2018            */s/ Donald Searles*
                                   Donald W. Searles

2

**SEC v. Quicksilver Stock Transfer LLC and Alan Shinderman**
**United States District Court – District of Nevada**
**Case No. 2:18-cv-00131-JCM-PAL**

SERVICE LIST

Barney C. Ales, Esq.
P.O. Box 20563
Las Vegas, NV 89112
Email:  attorneyales@gmail.com
*Attorney for Defendants Quicksilver Stock Transfer, LLC, and Alan Shinderman*