UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,, <br><br> Plaintiff, <br><br> v. <br><br> ALAN SHINDERMAN, et al., <br><br> Defendants. | Case No. 2:18-cv-00131-JCM-BNW <br><br> ORDER |

This matter is before the court on the parties' failure to file a joint pretrial order as required by LR 26-1(e)(5). The Order (ECF No. 32) last extending the dispositive motion deadline and joint pretrial order deadline required the parties to file a joint pretrial order no later than June 11, 2019 to allow the Commission to consider and approve settlement in principle. There are no dispositive motions pending. To date, the parties have not filed a stipulation to dismiss. Accordingly,

**IT IS ORDERED** that

1. Counsel for the parties shall file a joint pretrial order which fully complies with the requirements of LR 16-3 and LR 16-4 no later than **July 5, 2019**. Failure to timely comply will result in the imposition of sanctions up to and including a recommendation to the District Judge of case dispositive sanctions.

2. The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections thereto shall be included in the pretrial order.

DATED this 20th day of June, 2019.

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

1